No. 95–1255. SHELSTAD ET AL. *v.* WEST ONE BANK (IDAHO), FKA IDAHO FIRST NATIONAL BANK, ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–1280. BI-STATE DEVELOPMENT AGENCY OF THE MISSOURI-ILLINOIS METROPOLITAN DISTRICT *v.* ABBOTT AMBULANCE, INC. C. A. 8th Cir. Certiorari denied.

No. 95–1294. SAWATZKY *v.* OKLAHOMA CITY. Ct. Crim. App. Okla. Certiorari denied.

No. 95–1298. ABELES *v.* INFOTECHNOLOGY, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 95–1299. "BOB" *v.* "MARY" ET AL. Sup. Ct. Mont. Certiorari denied.

No. 95–1313. CAFE 207, INC. *v.* ST. JOHNS COUNTY. C. A. 11th Cir. Certiorari denied.

No. 95–1316. SOLVENTES Y QUIMICA DE NICARAGUA, S. A. SOLQUIMISA, ET AL. *v.* WEAVER, LIQUIDATING TRUSTEE. C. A. 5th Cir. Certiorari denied.

No. 95–1320. BROWN ET AL. *v.* PASKVAN. C. A. 6th Cir. Certiorari denied.

No. 95–1322. CREHAN ET UX. *v.* DEBOER ET AL. C. A. 8th Cir. Certiorari denied.

No. 95–1327. IN RE CARGILL, INC. C. A. 1st Cir. Certiorari denied.

No. 95–1334. GRIGGS ET VIR *v.* SOUTH CAROLINA ELECTRIC & GAS CO. Sup. Ct. S. C. Certiorari denied.

No. 95–1342. FRED MEYER, INC. *v.* CASEY ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–1346. VASQUEZ ET VIR *v.* HERNANDEZ ET AL. C. A. 7th Cir. Certiorari denied.